# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605 - 1 | **DATE** | 7/30/2008 |
| **CASE TITLE** | USA vs. Melvin Bibbie | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Melvin Bibbie.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

Case 1:08-cr-00605   Document 6   Filed 07/30/2008   Page 1 of 1

08CR605 - 1 USA vs. Melvin Bibbie                                              Page 1 of  1