## UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MELVIN BIBBIE

FILED
8-6-08
AUG 0 6 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

MAGISTRATE JUDGE COX

### WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Melvin Bibbie

**08 CR 605**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with

distributing a controlled substance, namely, 50 or more grams of mixtures containing crack cocaine, a Schedule II Narcotic Drug Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __Section 841(a)__

Susan E. Cox
~~Morton Denlow~~
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

July 30, 2008 at Chicago, Illinois
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/30/08 | NAME AND TITLE OF ARRESTING OFFICER Mark R. FredKove Special Agent FBI | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 8/4/08 | | |