# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605-1 | **DATE** | 8/4/2008 |
| **CASE TITLE** | United States of America vs. Melvin Bibbie | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 8/4/08. Daniel G. Martin is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalties, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention. Bond hearing is set for Wednesday, 8/6/08 at 3:30 p.m. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|