## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605-1 | **DATE** | 8/6/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Melvin Bibbie | | |

**DOCKET ENTRY TEXT**

Defendant's oral motion to reset the bond hearing of 8/6/08 to 8/8/08 at 11:30 a.m is granted.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|