## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605-1 | **DATE** | 8/8/2008 |
| **CASE TITLE** | UNDER SEAL: United States of America vs. Melvin Bibbie | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant's oral motion for bond is denied without prejudice to its renewal. Government's oral motion to detain defendant is granted. Pursuant to USC §1342 (g)(1)-(4), the Government has proved by clear and convincing evidence that there is no condition or set of conditions that will reasonably ensure the safety of the community. The Government has demonstrated by a preponderance of the evidence that there is no condition or set of conditions that will reasonably assure the defendant's attendance at trial. Defendant is ordered detained until further order of court. Defendant requests a preliminary examination hearing. Parties shall contact Ms. Franco, Courtroom Deputy to Magistrate Judge Mason to set a hearing date (312) 435-6051.

No notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|