Minute Order Form (06/97)

08 GJ 581  NF

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 08 CR 0605 | DATE | August 20, 2008 |
| CASE TITLE | US v. MELVIN BIBBIE and ROBERT EAST | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Geraldine Soat Brown_

DOCKET ENTRY:

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE COX

NO BOND SET DETAINED BY MAGISTRATE AS TO MELVIN BIBBIE.  WARRANT PREVIOUSLY ISSUED, 7-30-2008.  THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142 AS TO ROBERT EAST.  DEFENDANT IS A FUGITIVE.

# FILED

AUG 2 0 2008  NF

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____  (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |