F I L E D

AUG 21 2008

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 605 |
| v. ) | |
| ) | Hon. Susan Cox |
| MELVIN BIBBIE and ) | United States Magistrate Judge |
| ROBERT EAST ) | |

## GOVERNMENT'S MOTION TO UNSEAL THE COMPLAINT

The UNITED STATES OF AMERICA, by its Attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves this Honorable Court for the entry of an order unsealing the Criminal Complaint and associated documents in this case.

The Criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal, and the Order accompanying the Motion to Seal were filed under seal because the defendant was not in custody at the time. Defendant Bibbie has been arrested by agents of the Federal Bureau of Investigation, and therefore, the abovementioned documents may be unsealed. Accordingly, the government respectfully requests that the Criminal Complaint and associated documents in this case be unsealed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

Dated: August 21, 2008

By: /s/ Marny M. Zimmer
MARNY M. ZIMMER
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604
(312) 353-0962