# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 605 - 1&2 | **DATE** | 8/21/2008 |
| **CASE TITLE** | USA vs. Melvin Bibbie and Robert East | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal the criminal Complaint, Affidavit, Arrest Warrant, Motion to Seal and the Order accompanying the Motion to Seal is granted.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

| | Courtroom Deputy Initials: | VKD |
|---|---|---|